UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MALIK N. NICHOLAS,

                Plaintiff,

    -against-

STEFAN SAMROO, et al.,

                Defendants.

------------------------------------------------------------X

23-CV-10626 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    On August 6, 2024, the parties consented to my jurisdiction. The August 26, 2024, deadline for all defendants to answer or otherwise respond to the complaint remains in effect. The conference scheduled for August 8, 2024, is ADJOURNED pending further order of the Court. The Court will schedule an Initial Pretrial Conference after the defendants respond to the complaint.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    August 7, 2024
                New York, New York