UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MALIK N. NICHOLAS,

                              **Plaintiff**,

         -against-

METROPOLITAN CORRECTIONAL CENTER
NEW YORK, et al.,

                              **Defendants**.

------------------------------------------------------------X

23-CV-10626 (SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/3/2025

**SARAH NETBURN, United States Magistrate Judge**:

        Defendants indicated in the February 3, 2025 Conference that Defendant United States of America will be moving for summary judgment, and Defendant Samroo intends to refile his motions in light of the developed record. Accordingly, the Court DENIES without prejudice Defendant Samroo's Motion for Summary Judgment and Motion to Dismiss at ECF No. 23.

        Defendants shall file their motion for summary judgment by March 20, 2025. Plaintiff shall file his opposition brief by April 21, 2025. Defendants shall file their reply brief, if any, by May 5, 2025. The Court recommends that Plaintiff, proceeding *pro se*, contact the City Bar Justice Center ("CBJC") Federal *Pro Se* Legal Assistance Project for guidance in opposing the motion. CBJC can be reached at 212-382-4794. Additional information is attached.

**SO ORDERED.**

                                                                              SARAH NETBURN
                                                                              United States Magistrate Judge

DATED:    February 3, 2025
               New York, New York

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT
in the Southern District of New York (SDNY)



## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

This project assists plaintiffs and defendants on a variety of federal legal issues, including, among others, civil rights, employment discrimination, and disability discrimination. The team also assists incarcerated individuals with civil (non-criminal) claims.

## HOW WE HELP

Fed Pro provides limited assistance through full-time attorneys, legal support team members, pro bono (volunteer) attorneys, law school/college interns, and a social work team. **While we cannot provide full representation,** Fed Pro can assist litigants by providing limited-scope services such as:

 **Counseling** about potential federal claims prior to filing suit

 Consulting on **discovery** matters

 **Interpreting and explaining** federal law and procedure

 Assisting with the **settlement** process (including mediation)

 **Reviewing drafted pleadings** and correspondence with the Court

## HOW TO ACCESS OUR SERVICES



For assistance, please complete the **online form** located on our website, https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/.

If you are not able to complete the form, or you have questions about the form, please **call (212) 382-4794.** Please leave a message and wait for us to call you back.