UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MALIK N. NICHOLAS,

                            Plaintiff,                                    23-CV-10626 (SN)

            -against-                                                     ORDER

SAMAROO, et al.,

                            Defendants.

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On April 3, 2026, Plaintiff, proceeding *pro se*, filed an Amended Complaint. ECF No. 54.

By no later than Friday, April 24, 2026, Defendants are ORDERED to file a letter addressing

whether they believe that Plaintiff's Amended Complaint adequately addresses the deficiencies

identified in the Court's March 6, 2026 Opinion and Order.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        April 10, 2026
              New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    4/10/2026