**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 5/4/2026

MALIK N. NICHOLAS,

                  **Plaintiff,**

      -against-

SAMAROO, et al.,

                  **Defendants.**

----------------------------------------------------------------X

                                  **23-CV-10626 (SN)**

                                      **ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On May 1, 2026, the Government filed a letter requesting dismissal of *pro se* Plaintiff's Amended Complaint. See ECF No. 58. By no later than Monday, May 18, 2026, *pro se* Plaintiff may file a short reply letter addressing the points raised in the Government's letter.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     May 4, 2026
            New York, New York