UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 5/28/2026

MALIK N. NICHOLAS,

                  **Plaintiff,**

       -against-

SAMAROO, et al.,

                **Defendants.**

--------------------------------------------------------------------X

23-CV-10626 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

On April 3, 2026, Plaintiff, proceeding *pro se*, filed an Amended Complaint. ECF No. 54. On May 1, 2026, the Government filed a letter requesting dismissal of Plaintiff's Amended Complaint, ECF No. 58, and Plaintiff filed a response on May 11, 2026. ECF No. 60. Having considered the arguments raised in the parties' letter submissions, the Court finds that the Amended Complaint raises some new factual allegations that were not included in Plaintiff's initial Complaint. Accordingly, by no later than Friday, June 12, 2026, Defendants are ORDERED to answer or otherwise respond to the Amended Complaint. If Defendants move to dismiss the Amended Complaint, Plaintiff must file his opposition brief within 14 days of receipt. Defendants may file a reply brief within seven days of receipt of Plaintiff's opposition.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     May 28, 2026
            New York, New York